FILED

01/15/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0263

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0263

_____

STATE OF MONTANA,

     Plaintiff and Appellant,

v.

THOMAS JOSEPH BRENNAN,

     Defendant and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 15 2025